**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-20452-CIV-WILLIAMS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AMERICAN CIGARETTE COMPANY, INC.,

Defendant.

_______________________/

## DEFAULT FINAL JUDGMENT

**THIS MATTER** is before the Court on the United States' motion for entry of default judgment brought against Defendant American Cigarette Company, Inc. (DE 12). Upon review of the pleadings and affidavit submitted on behalf of the government (DE 1; DE 12), and considering the entry of default as to Defendant for failure to appear and answer the Complaint (DE 11), and for good cause shown, Plaintiff's motion (DE 12) is **GRANTED** and it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, the United States of America, and against Defendant American Cigarette Company, Inc. upon the Complaint herein. (DE 1).

2. It is further **ORDERED AND ADJUDGED** that Plaintiff, the United States of America, shall recover from Defendant, American Cigarette Company, Inc., the sum of **$2,385,338.51**, for which let execution issue. Interest shall accrue on this judgment

pursuant to 28 U.S.C. § 1961.

3. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 27th day of June, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
American Cigarette Company, Inc.
c/o Florida Filing and Search Services, Inc.
155 Office Plaza, Suite A
Tallahassee, FL 32301